

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00428-CV

| | | |
|---|---|---|
| CORNELIUS JOE ERGONIS AND LINDA ANN ERGONIS, Appellants | § | On Appeal from the 362nd District Court |
| v. | § | of Denton County (19-5640-362) |
| WILLIAM THOMAS SULTZBAUGH; SHARON ELLIOTT SULTZBAUGH; EBBY HALLIDAY REAL ESTATE, INC.; AND KATHY GIBSON, Appellees | § | February 17, 2022 |
| | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM